# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JUL 21 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
vs. ) Case No. 1:10CR00249-2
Monica Hernandez )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Monica Hernandez_____, have discussed with _____Dan Stark_____, Pretrial Services Officer, modifications of my release conditions as follows:

Defendant shall not associate or have any contact with Evelyn Brigget Sanchez, unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer;

All previously imposed conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 6/23/10    _____ 06/23/2010
Signature of Defendant    Date         Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____    7/21/2010
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    July 2, 2010
Signature of Defense Counsel    Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on July 21, 2010
[ ] The above modification of conditions of release is *not* ordered.

_____    7/21/10
Signature of Judicial Officer    Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services