1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   HENRY Z. CARBAJAL
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,       )   CASE NO.:  1:10-cr-00249 AWI
11                                  )
                                    )   STIPULATION AND
12                      Plaintiff,  )   ORDER BY THE UNITED STATES AND
                                    )   DEFENDANT MONICA MARIE
13                                  )   HERNANDEZ TO CONTINUE
           v.                       )   DISCOVERY MOTION HEARING
14                                  )
                                    )
15  ERIC RAY HERNANDEZ,             )   Old Date: Dec. 26, 2012
    MONICA MARIE HERNANDEZ, aka     )   Old Time: 1:00 p.m.
16  Monica Marie Duarte,            )
    EVELYN BRIGGET SANCHEZ,         )   **New Date:  Jan. 28, 2012**
17  PATRICIA ANN KING, and          )   **New Time:  1:00 p.m.**
    DARLING ARLETTE MONTALVO,       )   **Court:     8**
18                                  )      **(Hon. Barbara A. McAuliffe)**
                        Defendants. )
19                                  )

20

21

22      On November 27, 2012, defendant MONICA MARIE HERNANDEZ filed a

23  motion for discovery in this case.  The hearing date on defendant's

24  motion is set for December 26, 2012.  Plaintiff the United States of

25  America and defendant MONICA HERNANDEZ, by and through their

26  respective counsel of record, hereby agree and stipulate to continue

27  the hearing on defendant's discovery motion to January 28, 2012 at

28  1:00 p.m.  The Court has previously excluded time under the Speedy

Trial Act, 18 U.S.C. § 3161(h)(7), through the August 13, 2013 trial date in this case.

    IT IS SO STIPULATED.

```
DATED: Dec. 6, 2012          By: /s/ Scott Quinlan
                                 (authorized on 12/6/12)
                                 SCOTT QUINLAN
                                 Attorney for defendant
                                 MONICA MARIE HERNANDEZ


DATED: Dec. 6, 2012              BENJAMIN B. WAGNER
                                 United States Attorney

                             By: /s/ Kirk E. Sherriff
                                 KIRK E. SHERRIFF
                                 HENRY Z. CARBAJAL
                                 Assistant U.S. Attorneys
```

## ORDER

The hearing on defendant's motion for discovery shall be continued from December 26, 2012 to January 28, 2012, at 1:00 p.m. in Courtroom 8 before Judge McAuliffe.

    IT IS SO ORDERED.

**Dated:   December 6, 2012**          **/s/ Barbara A. McAuliffe**
                                                              UNITED STATES MAGISTRATE JUDGE