BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MONICA MARIE HERNANDEZ, <br><br> Defendant. | CASE NO.  1:10-CR-00249 AWI BAM <br><br> STIPULATION AND ORDER CONTINUING SENTENCING HEARING <br><br> Old Date:   Nov. 4, 2013 <br> Old Time:   10:00 a.m. <br><br> New Date:  May 5, 2014 <br> New Time:  10:00 a.m. <br> Court:        Two <br>   (Hon. Anthony W. Ishii) |

Defendant Monica Marie Hernandez pleaded guilty on June 10, 2013 to Count 1 of the Superseding Indictment in this case.  Sentencing is currently set for November 4, 2013, at 10:00 a.m.  The trial as to the two remaining co-defendants was previously set to begin September 24, 2013, but following a hearing on September 16, 2013 the trial dates were vacated due to the decision to appoint new counsel for co-defendant Evelyn Sanchez.  A new trial date for the remaining co-defendants has not yet been set.

In light of the change as to the co-defendants' trial date, and to allow additional time for Ms. Hernandez to fulfill her obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from November 4, 2013 to May 5, 2014, or to the earliest time thereafter that is convenient to the Court.  The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-

Stipulation & Order
Continuing Sentencing Hearing

1

Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

Dated: Oct. 9, 2013

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

 /s/ Kirk E. Sherriff
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys

 /s/ W. Scott Quinlan
 (authorized on 10/9/13)
W. SCOTT QUINLAN
Attorney for Defendant MONICA HERNANDEZ

**ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from November 4, 2013 to May 5, 2014, at 10:00 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

Dated:   October 10, 2013

SENIOR DISTRICT JUDGE

Stipulation & Order
Continuing Sentencing Hearing