BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONICA MARIE HERNANDEZ,<br><br>Defendant. | CASE NO. 1:10-CR-00249 AWI BAM<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING<br><br>Old Date: May 5, 2014<br>Old Time: 10:00 a.m.<br><br>New Date: Dec. 8, 2014<br>New Time: 10:00 a.m.<br>Court: Two<br>  (Hon. Anthony W. Ishii) |

Defendant Monica Marie Hernandez pleaded guilty on June 10, 2013 to Count 1 of the Superseding Indictment in this case. Sentencing is currently set for May 5, 2014, at 10:00 a.m.

In light of the change as to the co-defendants' trial date, which is now set for November 4, 2014, and to allow additional time for Ms. Hernandez to fulfill her obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from May 5, 2014 to December 8, 2014, or to the earliest time thereafter that is convenient to the Court. The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

///

Stipulation & Order
Continuing Sentencing Hearing

1

Dated: April 14, 2014

                    Respectfully Submitted,

                    BENJAMIN B. WAGNER
                    United States Attorney

                    /s/ Kirk E. Sherriff
                    KIRK E. SHERRIFF
                    HENRY Z. CARBAJAL III
                    Assistant United States Attorneys

                    /s/ W. Scott Quinlan
                    (authorized on 4/14/14)
                    W. SCOTT QUINLAN
                    Attorney for Defendant MONICA HERNANDEZ

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from May 5, 2014 to December 8, 2014, at 10:00 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

Dated:  April 14, 2014           _____
                                     SENIOR DISTRICT JUDGE