W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca  93721
Telephone: (559) 442-0634
Facsimile:  (559) 233-6947

Attorney for Defendant MONICA HERNANDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MONICA HERNANDEZ,<br><br>          Defendant. | No.  1:10-cr-00249-AWI-BAM-2<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING**<br><br>Old Date:    December 8, 2014<br>Old Time:      10:00 a.m.<br><br>New Date:    January 5, 2015<br>New Time:    10:00 a.m.<br>Court:           Two (Hon. Anthony W. Ishii) |

   Defendant Monica Marie Hernandez pled guilty on June 10, 2013 to Count 1 of the Superseding Indictment in this case.  Her sentencing was continued to December 8, 2014 to allow Ms. Hernandez to fulfill her cooperation agreement requirements by testifying at trial.

   Defendant now requests that her December 8, 2014 sentencing be continued to January 5, 2015 at 10:00 a.m. so that her counsel may have additional time to file formal objections to the final presentence report and to submit a sentencing memorandum. That final report will be served electronically on Monday, November 24, 2014, and counsel is scheduled to leave town on

///

///

1

Wednesday, November 26, 2014 for Thanksgiving out-of-town.  In addition to filing formal objections to the presentence report Defendant's counsel anticipates submitting further information bearing on counseling received by one of Defendant's children that the defense submits is relevant to the sentencing of Defendant.

  Melinda Peyret, the probation officer who prepared the presentence report, has no objection to continuing sentencing to January 5, 2015.  AUSA Kirk Sherriff, who is prosecuting the case, has no objection to continuing sentencing to January 5, 2015 at 10:00 a.m., and to continuing the time for Defendant to file formal objections to the final presentence report and any sentencing memorandum to December 22, 2014.

Dated: November 20, 2014           Respectfully submitted,

                  /s/ W. Scott Quinlan
                 W. Scott Quinlan, Attorney for
                 Defendant, MONICA HERNANDEZ


                 Benjamin B. Wagner
                 United States Attorney


                 /s/ Kirk E. Sherriff
                 Kirk E. Sherriff
                 Henry Z. Carbajal III
                 Assistant United States Attorneys

///

///

///

///

///

**ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from December 8, 2014 to January 5, 2015, at 10:00 a.m., and that the deadline to file formal objections to the Pre-Sentence Report and a sentencing memorandum is extended to December 22, 2014.

IT IS SO ORDERED.

Dated: November 21, 2014

_____
SENIOR DISTRICT JUDGE