BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-cr-00249-AWI-BAM-2 |
| Plaintiff, | STIPULATION TO EXTEND SURRENDER DATE; ORDER |
| v. | JUDGE: Hon. Anthony W. Ishii |
| MONICA MARIE HERNANDEZ, | |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1.      On January 5, 2015, the defendant was sentenced by the Court to a term of imprisonment and supervised release, following a guilty plea to one count of conspiracy to commit mail, wire fraud and bank fraud (18 U.S.C. § 1349).

2.      The defendant was ordered to self-surrender not later than 2:00 p.m. on March 2, 2015, to the institution designated by the Bureau of Prisons or if no such designation had been made to the custody of the United States Marshal Service located in the Eastern District of California, Fresno.

3.      By this stipulation, the parties agree, subject to the Court's approval, to extend the defendant's self-surrender date by two weeks, to **March 16, 2015, at 2:00 p.m.**  The defendant requests these two additional weeks to self-surrender in order to address a health issue that has arisen regarding one of her minor children, and indicates that she does not anticipate requesting any further extension of her self-surrender date.  The government does not object to the requested extension.

IT IS SO STIPULATED.

DATED:       February 19, 2015

                            /s/ Henry Z. Carbajal III
                            HENRY Z. CARBAJAL III
                            Assistant United States Attorney

DATED:       February 19, 2015

                            /s/W. Scott Quinlan
                            W. SCOTT QUINLAN
                            Counsel for Defendant
                            MONICA MARIE HERNANDEZ

### O R D E R

IT IS ORDERED that the deadline for defendant Monica Marie Hernandez to self-surrender shall be extended by two weeks.  The defendant shall self-surrender not later than 2:00 p.m. on March 16, 2015, to the institution designated by the Bureau of Prisons or if no such designation had been made to the custody of the United States Marshal Service located in the Eastern District of California, Fresno.

IT IS SO ORDERED.

Dated:   February 19, 2015        _____
                            SENIOR  DISTRICT  JUDGE