BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-cr-00249-AWI-BAM-2 |
| Plaintiff, | STIPULATION RE RESTITUTION; ORDER |
| v. | DATE: February 23, 2015 |
| MONICA MARIE HERNANDEZ, | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Anthony W. Ishii |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. On January 5, 2015, the defendant was sentenced by the Court to a term of imprisonment and supervised release, following a guilty plea to one count of conspiracy to commit mail, wire and bank fraud (18 U.S.C. § 1349).

2. At the sentencing hearing, the Court set a further hearing to determine restitution for February 23, 2015 at 10:00 a.m.

3. The parties have reached this agreement and stipulation as to the restitution amount owed by the defendant, as set forth below. The parties therefore jointly request that the restitution

1

hearing set for February 23, 2015 be vacated if the Court orders restitution pursuant to this stipulation.

    4.    The parties agree and stipulate, and request that the Court find the following:

    a.    The total amount of restitution owed by defendant Hernandez is set forth in Attachment A to this stipulation. Attachment A describes the total amount of restitution and the apportionment of restitution among defendant Hernandez's victims in this case.

    b.    The parties' stipulation and the agreed amounts in Attachment A satisfy the requirements of 18 U.S.C. § 3664(d)(5), requiring a determination of victim's losses "not to exceed 90 days after sentencing."

    c.    Defendant Hernandez agrees that the judgment and commitment issued in her case will be amended to include the restitution amounts and apportionment agreed to in Attachment A.

    d.    Restitution as stated in Attachment A shall be due during the period of imprisonment, at the rate of not less than $25 per quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program. If any amount of restitution remains unpaid after release from custody, the United States Probation Officer assigned to Monica Marie Hernandez shall set a schedule ordering payments depending on the defendant's monthly income, but not less than $50.00, during the period of supervised release, such payments to begin 120 days after the commencement of supervision. The interest is waived.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED:        February 19, 2015

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED:        February 19, 2015

/s/W. Scott Quinlan
W. SCOTT QUINLAN
Counsel for Defendant
MONICA MARIE HERNANDEZ

**O R D E R**

IT IS SO ORDERED.

Dated:   February 19, 2015            _____
                                      SENIOR DISTRICT JUDGE

**ATTACHMENT A**
Restitution Amount
Monica Marie Hernandez

| Property | Originating Lender | Restitution- First Loan | Restitution- Second Loan | Entity to Receive Resitution | Reference |
|---|---|---|---|---|---|
| ▮, Bakersfield | Long Beach Mortgage Co. | $209,108.72 | $80,115.38 | J.P Morgan Chase Bank | Bates 35832, 35841 |
| ▮ Bakersfield | Long Beach Mortgage Co. | $249,427.07 | $109,330.19 | J.P Morgan Chase Bank | Bates 23866, 23871 |
| ▮ Bakersfield | Long Beach Mortgage Co. | $149,080.86 | $69,918.74 | J.P Morgan Chase Bank | Bates 21557, 21569 |
| | | | Total: | $866,980.96 | |

Restitution for the above properties is to be joint and several with co-defendant Eric Ray Hernandez.
Restitution for ▮ is to be joint and several with co-defendants Eric Ray Hernandez and Evelyn Sanchez.